# Court of Appeals
# of the State of Georgia

ATLANTA,  April 11, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0293. BRENT MATTHEW VADOVSKY v. THE STATE.

Brent Matthew Vadovsky pled guilty to aggravated stalking, family violence battery, and family violence aggravated assault, and, on April 12, 2017, the trial court sentenced him to twenty years with the first four years to be served in confinement and the remainder to be served on probation. On November 11, 2021, the trial court revoked the balance of Vadovsky's probated sentence. On February 9, 2022, Vadovsky filed a motion for reconsideration of the revocation. The trial court dismissed the motion on February 22, 2022, and Vadovsky filed this application for discretionary appeal on March 10, 2022. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-34 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Although Vadovsky filed a motion for reconsideration, the denial or dismissal of a motion for reconsideration of an appealable order or judgment is not itself appealable, and a motion for reconsideration does not extend the time for filing a notice of appeal or an application for appeal. See *Campbell v. State*, 192 Ga. App. 316 (385 SE2d 14) (1989); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Here, Vadovsky's application is untimely as to the November 11, 2021 probation revocation order because it was filed 119 days after entry of that order, and the application is invalid as to the order dismissing his motion for reconsideration. We thus lack jurisdiction over this application for discretionary appeal, which is

hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  04/11/2022*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*